UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CLOYD,

    Petitioner,

    v.

J. PRICE,

    Respondent.

Case No. 16-cv-04038-SI

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 1, 3, 4, 9

Petitioner, a prisoner at the Deuel Vocational Institution in Tracy, California, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1994 conviction in Alameda County Superior Court for second degree murder. His petition is difficult to understand but appears to urge that there was a defect in, or a failure to hold, a hearing under California Penal Code § 995 on a lesser charge in or about 1992 in the case that ultimately resulted in the murder conviction. (His petition also discusses efforts to obtain photocopies of documents, but that discussion appears to be an effort to explain the delay in presenting his petition.)

Petitioner has challenged the murder conviction previously and must obtain the appellate court's permission to challenge it again. Petitioner's first federal petition for writ of habeas corpus challenging the same conviction, *Cloyd v. Kramer*, No. C 97-1008 SI, was filed in 1997, and denied on the merits on November 2, 1999. This court denied a certificate of appealability. The United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") denied a certificate of appealability in *Cloyd v. Kramer*, 9th Cir. Case No. 99-17598 on June 22, 2000.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the Ninth Circuit an order permitting this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained the required permission from the Ninth Circuit. This

1 court will not entertain a new petition for writ of habeas corpus from petitioner until he first
2 obtains permission from the Ninth Circuit to file such a petition. This action is DISMISSED
3 without prejudice to petitioner filing a new petition for writ of habeas corpus in this court after he
4 obtains the necessary order from the Ninth Circuit.

5 If petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he
6 should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit
7 (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with
8 this order for his convenience.

9 Petitioner's *in forma pauperis* application is DENIED as unnecessary because he has paid
10 the filing fee. Docket No. 3. Petitioner's request for an "exten[s]ion of filing time for [his] writ"
11 is DENIED because he may not proceed in this court unless and until he obtains permission from
12 the Ninth Circuit to do so. Docket No. 9. Petitioner's request for appointment of counsel is
13 DENIED because this court will not consider appointing counsel unless and until petitioner
14 obtains permission from the Ninth Circuit to file a second/successive petition. Docket No. 4.

15 The clerk shall close the file.

16 **IT IS SO ORDERED**.

17 Dated: August 17, 2016

_____
SUSAN ILLSTON
United States District Judge