UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CLOYD,

    Petitioner,

    v.

J. PRICE,

    Respondent.

Case No. 16-cv-04038-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he obtains permission from the Ninth Circuit to do so.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 17, 2016

_____
SUSAN ILLSTON
United States District Judge